IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOE HAND PRODUCTIONS, INC.,        )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )     1:19CV1007
                                    )
DOUGLAS EDUARDO JUAREZ              )
SANCHEZ, individually and as        )
officer, director, shareholder,     )
principal, manager and/or           )
member of Rey Bar II Night          )
Club, LLC, and REY BAR II           )
NIGHT CLUB, LLC,                    )
                                    )
        Defendants.                 )

**ORDER AND JUDGMENT**

Before the court is Plaintiff Joe Hand Promotions, Inc.'s Motion for Default Judgment. (Doc. 16.) Plaintiff's Complaint, an original Summons, and all attachments thereto were served on Defendants Douglas Eduardo Juarez Sanchez and Rey Bar II Night Club, LLC, c/o Douglas Eduardo Juarez Sanchez, Registered Agent, on November 26, 2019. (Docs. 6, 7.) An Affidavit of Service for each Defendant was filed with the Court on December 3, 2019. (Id.) On January 14, 2020, the Clerk of the Court for the United States District Court for the Middle District of North Carolina, Greensboro Division declared that the Defendants - who are not

an infant or incompetent person – is in default for failure to plead or otherwise defend this action.

Defendants owe to pay Plaintiff the sum of $30,000.00 with costs in the amount of $1,625.00 and attorney's fees in the amount of $1,390.00 for a total judgment of $33,015.00 and interest on the amount due until the total judgment has been paid in full. Thus, Plaintiff's Motion for Default Judgment will be granted pursuant to Fed. R. Civ. P. 55(b)(2).

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Joe Hand Promotions, Inc.'s Motion for Default Judgment, (Doc. 16), is **GRANTED**

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants shall pay $30,000.00 with costs in the amount of $1,625.00 and attorney's fees in the amount of $1,390.00 for a total judgment of $33,015.00.

**IT IS FURTHER ORDERED** that this court retains jurisdiction of any matter pertaining to this judgment.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a).

This the 21st day of September, 2020.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:19-cv-01007-WO-JLW   Document 18   Filed 09/21/20   Page 2 of 2